In the Matter of Kuhn, Loeb and Company, Respondent. James Virdone, as Receiver, Appellant.

(Submitted October 2, 1933; decided October 10, 1933.)

*Charles A. Edgerton* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.